IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PAMELA MALVEAUX**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:10-CV-128-L** |
| | § | |
| **BRICE, LINDEN, VANDER & WERNICK P.C., et al.**, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Before the court is Plaintiff's Motion to Proceed In Forma Pauperis, filed January 25, 2010. United States Magistrate Judge Wm F. Sanderson, Jr., was selected to handle matters in this case pursuant to Special Order 3-251. On January 26, 2010, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") was filed; the magistrate judge recommended that the court deny Plaintiff's motion. No objections to the Report were filed, and on February 8, 2010, the court was notified of Plaintiff's receipt of payment for the $350 filing fee owed. Because the filing fee has been paid, Plaintiff's motion to proceed *in forma pauperis* is now moot. Accordingly, after making an independent review of the pleadings, files, and record in this case, the court determines that Plaintiff is financially capable of proceeding. The Report is **accepted** and Plaintiff's Motion to Proceed In Forma Pauperis is **denied as moot**.

**It is so ordered** this 10th day of February, 2010.

Sam A. Lindsay
United States District Judge

Order – Solo Page